UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN C. BASIL; TONY PEARSON; ERIC PEARSON; NICHOLAS PEARSON,<br><br>Defendants. | Case No. 2:19-cv-00128-MMD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Globe Life and Accident Insurance Company's Motion to Interplead Funds with Court (ECF No. 26). A hearing on the Motion occurred on September 22, 2021. All parties appeared telephonically. After preliminary remarks, the Court heard representations of counsel and the parties as to ECF No. 26. Plaintiff requested the interpleader deposit of disputed ownership funds according to 28 U.S.C. § 1335. There was no objection to the request.

IT IS HEREBY ORDERED that Plaintiff's Motion to Interplead Funds is GRANTED.

IT IS FURTHER ORDERED that a transcript of the hearing is to be provided to Toni Pearson, *Pro Se*.

Dated this 19th day of November, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1