AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Globe Life and Accident Insurance Company,
                  Plaintiff,

v.

John C Basil, et al.,

                  Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00128-ART-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against Defendants John Basil, Nicholas Pearson, and Eric Pearson for failure to plead or otherwise defend. The funds deposited with the Court in the amount of $39,133.84 and any interest earned shall be released to Defendant Toni Pearson.

5/12/22
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk